No. 75–5944.  ALLISON v. TENNESSEE.  Sup. Ct. Tenn. Certiorari denied.

No. 75–6030.  MORGAN v. REES, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 75–6040.  GORDY v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir.  Certiorari denied.

No. 75–6041.  BRUCE v. COWAN, PENITENTIARY SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 75–6043.  STEBBINS v. NATIONWIDE MUTUAL INSURANCE CO. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 75–6048.  HICKS v. UNITED STATES; and
No. 75–6050.  BARNETT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 524 F. 2d 1001.

No. 75–6051.  GIESE v. HOLT, RINEHART & WINSTON, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 75–6052.  CROUCH v. ROSE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 75–6054.  NUCCIO v. MEYER, CORRECTIONAL SUPERINTENDENT.  C. A. 7th Cir.  Certiorari denied.

No. 75–6056.  BONNER v. CIRCUIT COURT OF THE CITY OF ST. LOUIS, MISSOURI, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 75–6060.  SIMPSON v. KENTUCKY.  Ct. App. Ky. Certiorari denied.